IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | * |
| Nicholas N. Nganga | * CASE NO.: |
| | * Chapter 13 |
| Debtor | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned attorney, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, states that the compensation paid or promised by the debtor to the undersigned attorney is as follows:

For legal services to be rendered, the debtor has agreed to pay the undersigned counsel pursuant to the terms of Local Bankruptcy Rule Appendix F, paragraph 4B, a flat fee in the amount of $4,500.00 for representation of the debtor for all matters in the main case, which approved sum shall be paid as an administrative expense under the debtor's Chapter 13 plan. The debtor has paid the undersigned attorney a retainer in the amount of $2,500.00 and a filing fee of $310.00, which totals $2,810.00. The unpaid balance of the retainer is $2,000.00.

**Debtor hereby grants to attorney a lien and security interest against the debtor's future wages and the debtor voluntarily and knowingly waives the automatic stay in order that the lien and security interest hereby granted shall attach to the debtor's future wages in order to secure attorney's future services to the debtor from which the debtor will benefit. Debtor hereby consents to the disbursement by the Chapter 13 Trustee to the debtor's attorney the payment of all sums due to debtor's attorney whether or not the debtor's Plan is confirmed and whether or not the debtor's case is dismissed or converted to another Chapter under the Bankruptcy Code in order to further ensure the attorney's compensation for attorney's future services to the debtor from which the debtor will benefit.**

The filing fee has been paid.

In addition, within one year prior to the filing of this Chapter 13 case as disclosed in the Statement of Financial Affairs, Question 9, which was filed simultaneously with the initial F.R.B.P. 2016(b) Statement, the undersigned received from the debtor the following payments on the dates indicated: None.

The services rendered or to be rendered for the above-described fee of $4,500.00 are the following:

(a)   Analysis of the financial situation, and rendering of advice and assistance to the client in determining whether to file a petition under title 11, United States Code.

    (b)  Preparation and filing of the petition, schedules of assets and liabilities, and statement of affairs.

    (c)  Preparation and filing of the plan of reorganization or any amended plan submitted prior to the confirmation hearing (but not the cost for the filing or mailing thereof).

    (d)  Representation of the client at the initially scheduled meeting of creditors.

    (e)  Representation of the client at the initially scheduled confirmation hearing.

    (f)  The appearance of counsel is NOT entered in and representation does NOT include any Rule 2004 examination, adversary proceeding or audit by the Office of the United States Trustee.  This provision for the exclusion of representation shall also be applicable in the event that the Chapter 13 case is converted to a case under another Chapter of the Bankruptcy Code.  Any representation by the undersigned attorney regarding any adversary proceeding(s) or audit would be contingent upon the attorney's receipt and negotiation of an appropriate retainer(s) to be billed against at attorney's customary hourly rates.

    The undersigned attorney further states that the source of monies paid by the debtor to the undersigned attorney was and is, earnings, wages and compensation for services performed.

Date:          10/09/15                    /s/ Marc R. Kivitz
                                                       Marc R. Kivitz
                                                       Trial Bar No. 02878
                                                       Suite 1330
                                                       201 North Charles Street
                                                       Baltimore, MD 21201
                                                       (410) 625-2300
                                                       Facsimile: (410) 576-0140
                                                       Email: mkivitz@aol.com
                                                       Attorney for debtor

TERMS OF REPRESENTATION ACCEPTED AND AGREED:


Date:          10/09/15                    /s/  Nicholas N. Nganga   (SEAL)
                                                       Nicholas N. Nganga